United States District Court
Southern District of Texas
**ENTERED**
January 15, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KENNETH NEWBY, *et al.*, § <br> Plaintiffs, § <br> § <br> VS. § <br> § <br> TREYLED LIFE SETTLEMENTS LLC, § <br> Defendant. § | CIVIL ACTION NO. 4:25-CV-00866 |

### ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On March 28, 2025, all pretrial matters in this case were referred to United States Magistrate Judge Christina A. Bryan under 28 U.S.C. § 636(b)(1). (Dkt. 53). Judge Bryan filed a *Memorandum and Recommendation* on November 19, 2025, recommending that Petitioners' Amended Motion to Vacate Arbitration Award be denied and Respondent's Amended Petition to Confirm be granted. (Dkt. 77).

On December 3, 2025, Plaintiffs filed their objections. (Dkt. 78). In accordance with 28 U.S.C. § 636(b)(1)(C), this Court is required to "make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." After conducting this de novo review, the Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id.*; *see also* FED. R. CIV. P. 72(b)(3).

The Court has carefully considered the objections, the *Memorandum and Recommendation*, the pleadings, and the record. Plaintiff's objections (Dkt. 78) are

**OVERRULED**. The Court **ACCEPTS** Judge Bryan's *Memorandum and Recommendation* (Dkt. 77) and **ADOPTS** it as the opinion of the Court. It is therefore **ORDERED** that:

(1) Judge Bryan's *Memorandum and Recommendation* (Dkt. 77) is **APPROVED AND ADOPTED** in its entirety as the holding of the Court;

(2) Petitioners' Amended Motion to Vacate Arbitration Award (Dkt. 61-1) is **DENIED**; and

(3) Respondent's Amended Petition to Confirm Arbitration Award (Dkt. 70) is **GRANTED**.

It is so **ORDERED**.

Signed at Houston, Texas on January 15, 2026.

*[signature]*
GEORGE C. HANKS, JR
UNITED STATES DISTRICT JUDGE