United States District Court
Southern District of Texas

**ENTERED**

April 27, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

KENNETH NEWBY, *et al.*,  §
    Plaintiffs,  §
§
VS.  §   CIVIL ACTION NO. 4:25-CV-00866
§
TREYLED LIFE SETTLEMENTS LLC,  §
    Defendant.  §

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On March 28, 2025, all pretrial matters in this case were referred to United States Magistrate Judge Christina A. Bryan under 28 U.S.C. § 636(b)(1). (Dkt. 53). Judge Bryan filed a *Memorandum and Recommendation* on April 7, 2026, recommending that Respondent's Motion for Award of Attorney's Fees (Dkt. 83) be granted in part. (Dkt. 88).

No objections have been filed to the *Memorandum and Recommendation*. Accordingly, the Court reviews the *Memorandum and Recommendation* for plain error on the face of the record. 28 U.S.C. § 636(b)(1); *see also* FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the Court finds that there is no plain error apparent from the face of the record. Accordingly, it is hereby **ORDERED and ADJUDGED** that:

(1)     Judge Bryan's *Memorandum and Recommendation* (Dkt. 88) is **APPROVED AND ADOPTED** in its entirety as the holding of the Court;

(2)     Respondent's Motion for Award of Attorney's Fees is **GRANTED IN PART**; and

(3)    The Final Judgment entered in this case will incorporate an award of $298,226.82 in attorney's fees and $70,400.00 in conditional fees in the event of an unsuccessful appeal by the Trust.

It is so **ORDERED**.

SIGNED at Houston, Texas on April 27, 2026.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE