UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KENNETH NEWBY, STEVEN CAMPOS, JEANNINE CAMPOS-GRECH, AND JOSEPH CAMPOS, AS TRUSTEES OF THE ANTONIO AND JULIET GRACE CAMPOS 2012 INSURANCE TRUST,<br><br>Petitioners and Counter-Respondents,<br><br>v.<br><br>TREYLED LIFE SETTLEMENTS LLC,<br><br>Respondent and Counter-Petitioner. | Case No. 4:25-cv-00866 |

**REPLY IN SUPPORT OF TREYLED'S UNOPPOSED MOTION TO JOIN TRANSFEREES UNDER FEDERAL RULE OF CIVIL PROCEDURE 25(C)**

Respondent and Counter-Petitioner Treyled Life Settlements LLC ("Treyled"), through its attorneys, respectfully files this reply in support of its Unopposed Motion to Join Transferees Under Federal Rule of Civil Procedure 25(c) (Dkt. 100) (the "Motion"). In response to the Motion, counsel for the 2012 Trust filed a Notice of the Trust's Non-Opposition to Treyled's Motion to Join Transferees (Dkt. 101) (the "Notice of Non-Opposition"). In the Notice of Non-Opposition, counsel for the 2012 Trust confirmed that the Trust did not oppose the Motion. Counsel also indicated "the 2012 Trust has no reason to believe that the Antonio Trust or the Juliet Trust have been served with the notice required by Rules 25(c) and 25(a)(3) of the Federal Rules of Civil Procedure."

The Antonio Trust and the Juliet Trust have the same three trustees as the 2012

Trust, namely Steven Campos, Jeannine Campos-Grech, and Joseph Campos (collectively, the "Trustees"). *See* Declaration of Sydney Scott (Dkt. 100-1) at ¶ 11. The Trustees are represented, at least in their capacities as trustees of the 2012 Trust, by counsel of record in this case. Therefore, the Trustees of the Antonio Trust and Juliet Trust received notice of the Motion and relevant supporting documents through their counsel of record via the Court's electronic filing system on September 17, 2026. However, out of an abundance of caution, Treyled will arrange to have the Trustees personally served in their capacities as trustees of the Antonio Trust and Juliet Trust, respectively.

DATED: October 15, 2026

Respectfully submitted,

*/s/ Sydney Scott*

Collin J. Cox
State Bar No. 24031977
SDTX No. 654469
Sydney Scott
State Bar No. 24088379
SDTX No. 3126470
Kylie Calabrese
State Bar No. 24120738
SDTX No. 3699266
GIBSON, DUNN & CRUTCHER LLP
811 Main Street, Suite 3000
Houston, TX 77002
Telephone: (346) 718-6600
Facsimile: (346) 718-6620
CCox@gibsondunn.com
SAScott@gibsondunn.com
KCalabrese@gibsondunn.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of October, 2026 a true and correct copy of the foregoing was served by ECF on all counsel of record.

*/s/ Sydney Scott*
Sydney Scott